Fruehauf Trailer Company, Appellant, v. Universal
Truck Leasing Corporation, Ben Leventhal, Em-
pire Truck Leasing Co., Fred Gary, Salon Truck-
ing Co., Inc., and Joseph H. Salon, Defendants,
Salon Trucking Co., Inc., and Joseph H. Salon,
Appellees.

**Gen. No. 46,770.**

First District, Third Division.
February 1, 1956.
Released for publication February 24, 1956.

Maurice M. Loman,
for plaintiff-appellant; Jerome Berkson, for defendants-appellees.
Opinion by JUDGE FEINBERG. Not to be published in full.